IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| NATIONAL HOSPICE MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOMENTS HOSPICE OF DAVENPORT, LLC, <br><br> Defendant. | Case No. 3:25-cv-112 <br><br> **COMPLAINT** |

Plaintiff National Hospice Management, Inc. ("National Hospice"), by and through the undersigned counsel, hereby states its claims against Defendant Moments Hospice of Davenport, LLC ("Moments Hospice") as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. National Hospice Management, Inc. is a Missouri corporation with its principal place of business in St. Louis, St. Louis County, Missouri.

2. Moments Hospice of Davenport, LLC is an Iowa limited liability company with its principal place of business in Davenport, Scott County, Iowa. Moments Hospice is diverse under 28 U.S.C. section 1332.

3. The Court has jurisdiction under 28 U.S.C. §1332 because the parties are citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Venue is proper is this district under 28 U.S.C. §1391(b) because the Defendant resides in this district, and a substantial part of the events or omissions giving rise to the claim occurred in this district.

## FACTUAL BACKGROUND

5. National Hospice is a business based in St. Louis, Missouri that focuses on providing hospice and related nursing services through its hospice centers in various states, including Iowa.

6. National Hospice has a hospice center known as Beacon of Hope Hospice located at 1020 West 35th Street, Davenport, Iowa 52806.

7. Jaycie Klein ("Klein") was a Hospice Care Coordinator working at National Hospice's Davenport location.

8. As part of her job duties, Klein was responsible for marketing Scott, Clinton, and Muscatine Counties in Iowa on behalf of National Hospice.

9. Klein also had access to National Hospice's confidential and proprietary information, including, but not limited to, marketing, sales and service proposals, pricing, cost and budgeting data, information concerning relationships between National Hospice, its vendors and employees, independent contractors and/or customers.

10. Moments Hospice is a hospice agency that owns and operates hospice centers in Iowa.

11. On June 22, 2023, Klein entered into an Employment Agreement ("Non-Compete Agreement") containing a covenant not to compete with National Hospice and a covenant not to solicit National Hospice's patients. Ex. A. The Non-Compete Agreement states:

> **_Non-Competition_**. During the period of Employee's employment by Employer, and for a period of one (1) year subsequent to the termination of that employment, whether said termination is initiated by Employer or Employee, Employee shall not, directly or indirectly (whether as an employee, owner, shareholder, director, consultant, independent contractor, individually or in affiliation with any other entity or in any other manner whatsoever), be employed by, consult for, support financially, own, manage, operate, join, control or participate in any manner or have any interest in the profits or losses of, or be connected with, any other

business that competes with the business of Employer in any of the locales set forth in Exhibit A; provided, however, nothing herein preclude[s] Employee from having an ownership interest of less than 1% in any publicly traded company.

Ex. A, p. 3, paragraph 6.

12. Exhibit A of the Non-Compete Agreement defines the geographic scope of the noncompetition provision: "The 'locale' or geographic scope referenced in paragraph 6 hereof shall be anywhere within 65 miles of both the Davenport, Iowa and Galesburg, IL offices." Ex. A, p. 6.

13. Klein's last day working for National Hospice was May 16, 2025.

14. Although Klein is bound by the terms of her Non-Compete Agreement, Klein began working for Moments Hospice in violation of the Non-Compete Agreement.

15. Klein works at Moments Hospice's Cedar Rapids, Iowa location at 1450 Boyson Road, B-3, Hiawatha, Iowa 52402.

16. Moments Hospice is within 65 miles of 1020 West 35th Street, Davenport, Iowa 52806, and, thus, within the restricted area of the Non-Compete Agreement.

17. By letter dated September 25, 2025, National Hospice notified Moments Hospice that Klein signed a non-compete agreement that prohibits her from competing with or soliciting customers from National Hospice for a period of one year after her departure from National Hospice. Ex. B.

18. Moments Hospice continued to employ Klein despite being on actual notice of her Non-Compete Agreement, and in violation of the terms thereof.

19. National Hospice included restrictive covenants in its contract with Klein to ensure that Klein could not then leverage her knowledge of National Hospice's Customers and confidential information into an opportunity to compete *against* National Hospice. In addition, National Hospice's business depends on its Customer base.

20. In addition to the non-competition provision, the Non-Compete Agreement additionally provides a covenant not to solicit in paragraph four:

> ***Non-Solicitation of Customers and Vendors***.  During the period of Employee's employment, and for a period of one (1) year subsequent to the termination of that employment, whether said termination is initiated by Employer or Employee, Employee shall not, without the prior written consent of Employer, in any manner, directly or indirectly (whether as an employee, owner, shareholder, director, consultant, independent contractor, individually or in affiliation with any other entity or in any other manner whatsoever): *i)* solicit or accept the business of any Customer of Employer; *ii)* attempt to divert or interfere with that business, or otherwise induce any Customer or Vendor of Employer to cease doing business with Employer.  For the purposes of this Non-Solicitation of Customers provision, "Customer" shall be defined as any customer or referral source of Employer with whom Employee dealt in the course of employment with Employer.

Ex. A, pp. 2-3, paragraph 4.

21. Since leaving National Hospice, Klein has solicited National Hospice's Customers.

22. Klein has continued to contact National Hospice's Customers and their family members in violation of her Non-Compete Agreement.

23. Klein's solicitation, attempts to obtain, or acceptance of business from National Hospice's Customers violates the Non-Compete Agreement.

## COUNT I - TORTIOUS INTERFERENCE WITH CONTRACT

24. National Hospice incorporates all preceding paragraphs as if fully set forth herein.

25. The Non-Compete Agreement constitutes a valid and enforceable contract between National Hospice and Klein.

26. Moments Hospice was made aware of Klein's Non-Compete Agreement.

27. Despite being aware of Klein's Non-Compete Agreement, Moments Hospice still continued to employ Klein.

28. Moments Hospice allowed Klein to work in its Cedar Rapids, Iowa location.

29. Moments Hospice allowed Klein to solicit, attempt to obtain, or accept business from National Hospice's Customers.

30. Moments Hospice's actions constitute tortious interference with contract.

31. Moments Hospice's actions are knowingly and intentionally in violation of National Hospice's rights.

32. Moments Hospice's actions are in willful and wanton disrespect of National Hospice's rights.

33. Moments Hospice's actions are causing and will cause irreparable harm and damage to National Hospice.

34. Damages alone are an inadequate remedy for Moments Hospice's conduct.

WHEREFORE, National Hospice respectfully requests (1) an injunction enjoining further interference with its rights by Moments Hospice; (2) all damages and costs this Court deems appropriate; and (3) punitive damages for Moments Hospice's knowing and intentional violation of National Hospice's rights; and (4) reasonable attorney's fees and costs.

Dated this 3rd day of October, 2025.

Respectfully submitted,

BELIN McCORMICK, P.C.

*/s/ Mariah L. Sukalski*
Michael R. Reck
Mariah L. Sukalski
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone: (515) 283-4645
Facsimile: (515) 558-4645
mrreck@belinmccormick.com
mlsukalski@belinmccormick.com
ATTORNEYS FOR PLAINTIFF

N0594\0001\(4730997)